Gary M. Zadick
James R. Zadick
UGRIN ALEXANDER ZADICK, P.C.
#2 Railroad Square, Suite B
P.O. Box 1746
Great Falls, MT 59403
Telephone: (406) 771-0007
Facsimile: (406) 452-9360

Attorneys for Plaintiff Cincinnati Insurance Companies

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CINCINNATI INSURANCE COMPANIES, an Ohio Corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE DISCOVERY CARE CENTRE, LIMITED, a Montana Corporation.<br><br>Defendants. | Cause No.<br><br>**COMPLAINT FOR DECLARATORY RELIEF** |

COMES NOW Cincinnati Insurance Companies, by and through its counsel of record and for its Complaint against Defendant states and alleges the following:

1.      Cincinnati Insurance Companies is an insurance company licensed to do business in the State of Montana.  Cincinnati Insurance Companies is organized under the State of Ohio with its principal place of business in Fairfield, Ohio.

1

2. Defendant The Discovery Care Centre, Limited is a Montana corporation with its principal place of business in Stevensville, Montana.

3. There is complete diversity of citizenship between the parties. The above-entitled Court has jurisdiction pursuant to 28 U.S.C. § 1323.

4. The amount in controversy, exclusive of costs and attorney fees, exceeds the sum of $75,000.

5. A civil action ("Underlying Complaint") was filed in the Montana Twenty-First Judicial District, Ravalli County, Cause No. DV-41-2024-000-277-BC wherein Hamilton Skilled, LLC and Discovery Care, LLC brought an action against The Discovery Care Centre, Limited Defendant named above. A true and correct copy of the Underlying Complaint and Jury Demand is attached hereto as **Exhibit A**.

6. The Underlying Complaint alleges, among other things, claims against Defendant The Discovery Care Centre, Limited that Defendant misrepresented certain financial information, presented inaccurate financial information that negatively affected the value of the business, made misrepresentations concerning the number of residents with resources to pay for their care, all is set forth in the Underlying Complaint, **Exhibit A**.

7. Cincinnati Insurance Companies issued Policy #: HC 001 04 04/HCA 001 04 04 to The Discovery Care Centre, Limited with an effective date of September

1, 2020 through September 1, 2021. A true and correct copy of the policy is attached hereto as **Exhibit B**.

8.  Cincinnati Insurance Companies has agreed to undertake the defense of the Defendant The Discovery Care Centre Limited under express reservation of rights. Coverage under the policy and a duty to defend was reserved upon at least the following grounds:

- The policy excludes from contractual liability.

- The policy excludes expected or intended injury.

- Economic loss claimed against Defendant in the underlying suit does not constitute "property damage" as defined therein.

9.  Cincinnati Insurance Companies is entitled to a declaratory judgment as a matter of law, that is not obligated to defend or indemnify it with respect to the allegations in the Underlying Complaint.

## PRAYER FOR RELIEF

WHEREFORE, Cincinnati Insurance Companies prays the Court enter an Order granting declaratory relief from judgment against the Defendants as follows:

1.  That Cincinnati Insurance Companies be granted declaratory relief determining and declaring that Cincinnati Insurance has neither a duty to defend nor indemnify Defendants in the Underlying Suit;

2. For recovery of its costs incurred herein as allowed by law; and

3. For such other and further relief that may be necessary and proper.

DATED this 4th day of October, 2024.

                                          UGRIN ALEXANDER ZADICK, P.C.

                                          /s/Gary M. Zadick
                                          Gary M. Zadick
                                          James R. Zadick
                                          #2 Railroad Square, Suite B
                                          P.O. Box 1746
                                          Great Falls, Montana 59403
                                          Attorneys for Cincinnati Insurance Companies