IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CINCINNATI INSURANCE COMPANIES,<br><br>Plaintiff,<br><br>vs.<br><br>THE DISCOVERY CARE CENTRE, LIMITED,<br><br>Defendant. | CV 24-139-M-KLD<br><br>ORDER |

On May 30, 2025, the parties filed a Stipulation for Dismissal with Prejudice. (Doc. 12). Accordingly,

IT IS ORDERED that this matter is dismissed with prejudice, with each party to bear its own fees and costs. The Clerk of Court is directed to close the case.

DATED this 30th day of May 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1